Atlantic Leasing Co., Inc., Respondent, v. Monroe Josephson et al., Copartners Doing Business under the Name of Josephson & Charney, Appellants.— Order unanimously modified by eliminating from the last paragraph thereof all words after the word "records", and as so modified affirmed, with-

out costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.